**Electronically Filed
Supreme Court
SCPW-24-0000463
09-JAN-2025
02:05 PM
Dkt. 47 ODMR**

SCPW-24-0000463

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

DONALD JEFFRIES, Petitioner,

vs.

OFFICE OF DISCIPLINARY COUNSEL, Respondent.

_____

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION

(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of Petitioner's letter filed on January 6, 2025, which we construe as a motion for reconsideration of this court's order filed on January 2, 2025, and the record, this court has not overlooked or misapprehended points of law or fact. See Hawai'i Rules of Appellate Procedure Rule 40(b) (eff. 2000).

It is ordered that the motion is denied.

DATED: Honolulu, Hawai'i, January 9, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

